# Exhibit A

| SUMMONS - CIVIL<br>(Except Family Actions)<br>JD-CV-1 Rev. 1-2000<br>C.G.S. § 51-346, 51-347, 51-349, 51-350, 52-45a,<br>52-48, 52-259, P.B. Secs 3-1 thru 3-21, 8-1 | STATE OF CONNECTICUT<br>**SUPERIOR COURT**<br>www.jud.ct.gov | "X" ONE OF THE FOLLOWING:<br>Amount, legal interest or property in demand, exclusive of interest and costs is:<br>☐ less than $2,500<br>☐ $2,500 through $14,999.99<br>☒ $15,000 or more<br>("X" if applicable)<br>☐ Claiming other relief in addition to or in lieu of money or damages. |

**INSTRUCTIONS**
1. Type or print legibly: sign original summons and conform all copies of the summons.
2. Prepare or photocopy conformed summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. The party recognized to pay costs must appear personally before the authority taking the recognizance.
6. Do not use this form for actions in which an attachment, garnishment or replevy is being sought. See Practice Book Section 8-1 for other exceptions.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

RETURN DATE (Mo., day, yr.) (Must be a Tuesday) **June 10, 2008**

☒ JUDICIAL DISTRICT ☐ HOUSING SESSION ☐ G.A. NO. ____ AT (Town in which writ is returnable) (C.G.S. 51-346, 51-349) **Rockville**

CASE TYPE (See JD-CV-1c) Major **M** Minor **90**

ADDRESS OF COURT CLERK WHERE WRIT AND OTHER PAPERS SHALL BE FILED (No., street, town and zip code) (C.G.S. 51-346, 51-350)
**69 Brooklyn Street, Rockville, CT 06066**

TELEPHONE NO. (with area code) **(860) 896-4920**

| PARTIES | NAME AND ADDRESS OF EACH PARTY (No., street, town and zip code)    NOTE: Individuals' Names: Last, First, Middle Initial  ☐ Form JD-CV-2 attached | PTY NO. |
|---|---|---|
| FIRST NAMED PLAINTIFF | Quinn, Kenneth, 1681 Stafford Road, Storrs, CT 06268 | 01 |
| Additional Plaintiff | | 02 |
| FIRST NAMED DEFENDANT | NERAC, One Technology Drive, Tolland, CT 06084<br>c/o Stacy Walsh, Day Pitney, 242 Trumbull Street, Hartford, CT 06103-1212 | 50 |
| Additional Defendant | | 51 |
| Additional Defendant | | 52 |
| Additional Defendant | | 53 |

## NOTICE TO EACH DEFENDANT

1. **YOU ARE BEING SUED.**
2. This paper is a Summons in a lawsuit.
3. The Complaint attached to these papers states the claims that each Plaintiff is making against you in this lawsuit.
4. To respond to this Summons, or to be informed of further proceedings, you or your attorney must file a form called an "Appearance" with the Clerk of the above-named Court at the above Court address on or before the second day after the above Return Date.
5. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default.
6. The "Appearance" form may be obtained at the above Court address.
7. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately take the Summons and Complaint to your insurance representative.
8. If you have questions about the Summons and Complaint, you should consult an attorney promptly. **The Clerk of Court is not permitted to give advice on legal questions.**

| DATE 5/12/08 | SIGNED (Sign and "X" proper box) [signature] | ☒ Comm. of Superior Court ☐ Assistant Clerk | TYPE IN NAME OF PERSON SIGNING AT LEFT **Marc P. Mercier** |
|---|---|---|---|

FOR THE PLAINTIFF(S) PLEASE ENTER THE APPEARANCE OF:

| NAME AND ADDRESS OF ATTORNEY, LAW FIRM OR PLAINTIFF IF PRO SE (No., street, town and zip code)<br>Beck & Eldergill, P.C., 447 Center Street, Manchester, CT 06040 | TELEPHONE NUMBER<br>(860) 646-5606 | JURIS NO. (if attorney or law firm)<br>82702 |
|---|---|---|

NAME AND ADDRESS OF PERSON RECOGNIZED TO PROSECUTE IN THE AMOUNT OF $250 (No., street, town and zip code)
**Donna Camera, 447 Center Street, Manchester, CT 06040**

SIGNATURE OF PLAINTIFF IF PRO SE

| # PLFS. 1 | # DEFS. 1 | # CNTS. 3 | SIGNED (Official taking recognizance; "X" proper box) [signature] | ☒ Comm. of Superior Court ☐ Assistant Clerk | For Court Use Only<br>FILE DATE |
|---|---|---|---|---|---|

IF THIS SUMMONS IS SIGNED BY A CLERK:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service thereof.

| I hereby certify I have read and understand the above: | SIGNED (Pro Se Plaintiff) | DATE SIGNED | DOCKET NO. 008-400928 |
|---|---|---|---|

**ORIGINAL**

| | | |
|---|---|---|
| RETURN DATE: JUNE 10, 2008 | : | SUPERIOR COURT |
| KENNETH QUINN | : | J.D. OF TOLLAND |
| VS. | : | AT ROCKVILLE |
| NERAC, INC. | : | MAY 12, 2008 |

## COMPLAINT

### FIRST COUNT - Claim For Wages Pursuant To Conn. Gen. Stat. Section 31-68

1. The Plaintiff Kenneth Quinn is a resident of Storrs, Connecticut.

2. The Defendant NERAC, Inc. is a corporation engaged in business within the State of Connecticut and located at One Technology Drive, Tolland, Connecticut.

3. From on or about November, 2003 to on or about December 31, 2007, the Plaintiff Kenneth Quinn was employed by the Defendant NERAC, Inc. in a non-exempt the position of account executive and/or regional account executive.

4. Since on or about 2005 to December 31, 2007, the Defendant has failed to pay to the Plaintiff Kenneth Quinn wages, including overtime wages, to which the Plaintiff was and is entitled as an employee of the Defendant, in violation of Conn. Gen. Stat. Section 31-68.

5. The actions of the Defendant was taken in bad faith, arbitrarily and/or unreasonably.

6. As a further result of the actions of the Defendant, the Plaintiff has incurred and will continue to incur attorneys' fees and costs in pursuing this action.

7. The Defendant is also liable to the Plaintiff for double damages under Conn. Gen. Stat. Section 31-68.

## SECOND COUNT - Claim For Wages Pursuant To Conn. Gen. Stat. Section 31-72

1.-3. Paragraphs 1 through 3 of the First Count are hereby made Paragraphs 1 through 3 of this Second Count as if set forth more fully herein.

4. From on or about 2005 to on or about December 31, 2007, the Defendant has failed to pay to the Plaintiff Kenneth Quinn wages, including overtime wages, to which the Plaintiff was and is entitled as an employee of the Defendant, in violation of Conn. Gen. Stat. Section 31-72.

5. The actions of the Defendant was taken in bad faith, arbitrarily and/or unreasonably.

6. As a further result of the actions of the Defendant, the Plaintiff has incurred and will continue to incur attorneys' fees and costs in pursuing this action.

7. The Defendant is also liable to the Plaintiff for double damages under Conn. Gen. Stat. Section 31-72.

## THIRD COUNT - Claim for Wages Pursuant to 29 U.S.C. Section 201, *et seq.* (Fair Labor Standards Act)

1. Paragraphs 1 through 4 of the First Count are hereby made Paragraphs 1 through 4 of this Third Count as if more fully set forth herein.

2

5.  The Defendant has failed to pay to the Plaintiff's wages, including overtime wages, to which the Plaintiff was entitled as employee of the Defendant in violation of 29 U.S.C. Section 201, *et seq.*

6.  The actions of the Defendant were wilful.

7.  As a result of the Defendant's conduct, the Plaintiff has suffered and will continue to suffer damages, including loss of wages with interest and related fringe benefits.

8.  As a further result of the actions of the Defendant, the Plaintiff has incurred and will continue to incur attorneys' fees and costs in pursuing this action.

9.  Defendant is also liable to the Plaintiff for liquidated damages, including but not limited to double damages and attorneys' fees under 29 U.S.C. Section 216.

WHEREFORE, the Plaintiff demands monetary damages.

PLAINTIFF,

By: _____
Marc P. Mercier
For Beck & Eldergill, P.C.

3

RETURN DATE: JUNE 10, 2008      :      SUPERIOR COURT

KENNETH QUINN      :      J.D. OF TOLLAND

VS.      :      AT ROCKVILLE

NERAC, INC.      :      MAY 12, 2008

## STATEMENT OF AMOUNT IN DEMAND

Plaintiff demands:

1. Monetary damages in an amount:

    ( ) less than $2,500.00;

    ( ) $2,500 or more, but less than $15,000.00;

    (X) $15,000.00 or more exclusive of interest and costs;

2. Double damages pursuant to Conn. Gen. Stat. Sections 31-68 and 31-72;

3. Attorneys' fees and costs pursuant to Conn. Gen. Stat. Sections 31-68 and 31-72;

4. Liquidated and double damages pursuant to 29 U.S.C. Section 216;

5. Attorneys' fees and costs pursuant to 29 U.S.C. Section 216; and

6. Such other relief as this Court deems just and proper.

PLAINTIFF,

By: _____

Marc P. Mercier
For Beck & Eldergill, P.C.

Quinn.Kenneth\Pleadings\Comp05-08pld.wpd

1

State of Connecticut )
                         ) SS: Hartford        May 13, 2008
County of Hartford )

Then and by virtue hereof and upon direction of the plaintiff's attorney, I made due and legal service upon NERAC by leaving with and in the hands of Attorney Stacy Walsh, who was authorized to accept service at 242 Trumbull Street, Hartford, Connecticut, a verified true and attested copy of the original SUMMONS, COMPLAINT and STATEMENT OF AMOUNT IN DEMAND on the date of May 13, 2008.

The within is the original SUMMONS, COMPLAINT and STATEMENT OF AMOUNT IN DEMAND with my doings hereon endorsed.

Attest:

D. James Barton
Connecticut State Marshal
Hartford County

Fees:
Pages        $ 5.00
Service     $30.00
End.          $ 1.60
Travel  30mi  $15.00

Total         $51.60

SUPERIOR COURT
TOLLAND JUDICIAL DISTRICT
2008 MAY 15 A 11: 54

**D. JAMES BARTON**
CONNECTICUT STATE MARSHAL
HARTFORD COUNTY    (860) 623-1127

# Exhibit B

| APPEARANCE<br>JD-CL-12 Rev. 10-04<br>Pr. Bk. §§ 3-1 thru 3-6, 3-8 | NOTICE TO PRO SE PARTIES<br>*A pro se party is a person who represents himself or herself. It is your responsibility to inform the Clerk's Office if you have a change of address.* | STATE OF<br>CONNECTICUT<br>**SUPERIOR COURT**<br>www.jud.state.ct.us |
|---|---|---|

**INSTRUCTIONS**
1. Type or print legibly.
2. **Judicial District Court Locations:** In any action returnable to a Judicial District court location, file only the original with the clerk. In criminal actions see instruction #4.
3. **Geographical Area Locations:** In any action returnable to a Geographical Area court location, except criminal actions, file original and sufficient copies for each party to the action with the clerk. In criminal actions see instruction #4.
4. **In Criminal and Motor Vehicle Actions (Pr. Bk. Secs. 3-4, 3-5):** Mail or deliver a copy of the appearance to the prosecuting authority, complete the certification at bottom and file original with the clerk.
5. **In Summary Process Actions:** In addition to instruction #2 or #3 above, mail a copy to the attorney for the plaintiff, or if there is no such attorney, to the plaintiff and complete the certification below.
6. **In Small Claims Matters:** File the original with the Small Claims area or Housing Session location. Mail or deliver a copy to the attorney or pro se party and complete the certification below.
7. **For "In-lieu-of" Appearances (Pr. Bk. Sec. 3-8):** Complete the certification below.
8. Pursuant to Pr. Bk. Sec. 17-20, if a party who has been defaulted for failure to appear files an appearance prior to the entry of judgment after default, the default shall automatically be set aside by the clerk.
9. **In Juvenile Matters:** Do not use this form. Use form JD-JM-13 Appearance, Juvenile Matters.

**DOCKET NO.** TTD-CV-08-4009282-S
**RETURN DATE** June 10, 2008
**SCHEDULED COURT DATE** (Criminal/Motor Vehicle Matters)

**NAME OF CASE** (FIRST-NAMED PLAINTIFF VS. FIRST-NAMED DEFENDANT)
Kenneth Quinn v. Nerac, Inc.

☒ Judicial District  ☐ Housing Session  ☐ G.A. No.
**ADDRESS OF COURT:** 69 Brooklyn Street, Rockville, CT 06066

**PLEASE ENTER THE APPEARANCE OF**

**NAME OF PRO SE PARTY** (See "Notice to Pro Se Parties" at bottom), OR NAME OF OFFICIAL, FIRM, PROFESSIONAL CORPORATION, OR INDIVIDUAL ATTORNEY
Day Pitney LLP

**JURIS NO. OF ATTY. OR FIRM:** 14992

**MAILING ADDRESS:** 242 Trumbull Street
**CITY/TOWN:** Hartford  **STATE:** CT  **ZIP CODE:** 06103
**FAX NO.:** (860) 275-0343
**E-MAIL ADDRESS:** sswalsh@daypitney.com
**TELEPHONE NO.:** (860) 275-0100

**in the above-entitled case for:** ("X" one of the following)
☐ The Plaintiff.
☐ All Plaintiffs
☐ The following Plaintiff(s) only: _____
☒ The Defendant.
☐ The Defendant for the purpose of the bail hearing only (in criminal and motor vehicle cases only).
☐ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other (Specify) _____

Note: If other counsel or a pro se party have already appeared for the party or parties indicated above, state whether this appearance is:
☐ In lieu of appearance of attorney or firm or pro se party (Name already on file (P.B. Sec. 3-8) OR
☐ In addition to appearance already on file.

**SIGNED** (Individual attorney or pro se party): X *Stacy Smith Walsh /DSK*
**NAME OF PERSON SIGNING AT LEFT:** Stacy Smith Walsh
**DATE SIGNED:** 06/10/08

**CERTIFICATION**
This certification must be completed in summary process cases (Pr. Bk. Sec. 3-5(a)); for "in lieu of" appearances (Pr. Bk. Sec. 3-8); in criminal cases (Pr. Bk. Sec. 3-5(d)); and in small claims matters.

**I hereby certify that a copy of the above was mailed/delivered to:**
☒ All counsel and pro se parties of record as listed below and on additional sheet. (For summary process, criminal actions and small claims matters)
☐ Counsel or the party whose appearance is to be replaced as listed below and on additional sheet. (For "in lieu of" appearances)

**SIGNED** (Individual attorney or pro se party): X *Stacy Smith Walsh /DSK*
**DATE COPY(IES) MAILED OR DELIVERED:** 06/10/08

**NAME OF EACH PARTY SERVED:** Kenneth Quinn, c/o Marc P. Mercier, Esq.
**ADDRESS AT WHICH SERVICE WAS MADE:** Beck & Eldergill, P.C., 447 Center St., Manchester, CT 06040