UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------------------------------X
Kenneth Quinn,

                                  Plaintiff,        <u>MINUTE ENTRY</u>
                                                                            Case No. 08-0879 (TLM)
      -against-

                                                                                     January 26, 2010

Nerac, Inc.,

                                    Defendant
---------------------------------------------------------------X

      A status/settlement conference was held this date before United States District Judge Tucker L. Melançon. Participating were Marc Mercier representing the plaintiff and Stacy Smith Walsh and Victoria Chavey representing the defendant. The procedural posture of the case was discussed. After discussion with the Court, the parties reached a full and final settlement of plaintiff's claims against defendant. The agreed to settlement was placed on the record, and a judgment of dismissal will issue dismissing plaintiff's claims with prejudice without costs.