# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH QUINN<br>　　Plaintiff | CIVIL ACTION NO: 3:08 CV-879 (TLM) |
| VS. | |
| NERAC, INC.<br>　　Defendant | FEBRUARY 22, 2010 |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this matter may be dismissed, with prejudice and without costs to either party.

Plaintiff

By: _____
Marc P. Mercier
Federal Bar No.: ct10886
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
Tel: (860) 646-5606
Fax: (860) 646-0054
Email: mmercier@beckeldergill.com

Defendant

By: _____
Stacy Smith Walsh
Federal Bar No.:
Jackson Lewis LLP
90 State House Square, 8th Floor
Hartford, CT 06103-3708
Tel: (860) 522-0404
Fax: (860) 247-1330
Email: stacy.walsh@jacksonlewis.com

StipDismissal